# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 08-03091-04-06-CR-S-DGK |
| YVONNA BAYS, MARK E. FITZGERALD, and NANCE R. FITZGERALD, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

At the pretrial conference before the United States magistrate judge, counsel for defendant Nance Fitzgerald submitted what she characterized as oral Motions to Dismiss and for Contempt of Court. A search of the records in this case reveals no support for allegations of wilful failure to comply with court orders or wilful violation of discovery obligations sufficient to merit the extreme remedy requested. It is therefore

ORDERED that the Motion to Dismiss and the Motion for Contempt be, and are hereby, denied.

/s/Greg Kays
GREG KAYS
United States District Judge

Date: 6/17/2011